**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Dan L. Temple, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2016-001756

---

**ON WRIT OF CERTIORARI**

---

Appeal from Oconee County
Scott Sprouse, Circuit Court Judge

Memorandum Opinion No. 2018-MO-037
Submitted November 15, 2018 – Filed December 5, 2018

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Lara Mary Caudy, of Columbia, for Petitioner.

Attorney General Alan M. Wilson and Assistant Attorney General Lindsey A. McCallister, both of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Petitioner Dan Temple's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**